# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2457

_____

The School District of
Osceola County, FL and
Davies Claims North America,
Inc.,

Appellants,

v.

Warren A. Noyes,

Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Timothy S. Stanton, Judge.

Date of Accident: February 15, 2023.

March 13, 2026

Per Curiam.

Affirmed.

Rowe, Bilbrey, and Nordby, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Pamela J. Cox of PJCox Law, P.A., Maitland, for Appellants.

Megan Oliva Danner of Bichler & Longo, PLLC, Maitland, for Appellee.